JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SONIA VARGAS LOAYZA, | CASE NO.: 2:23-cv-07709-AB-AS |
| Plaintiff, | **ORDER GRANTING STIPULATION FOR DISMISSAL** |
| vs. | |
| TARGET CORPORATION and DOES 1 to 50, Inclusive, | Current Hearing Date: December 20, 2024 |
| Defendants. | |

Upon consideration of the Stipulation for Dismissal filed by the parties, it is hereby ORDERED:

That this matter is DISMISSED with prejudice; and

IT IS FURTHER ORDERED THAT this stipulation nullifies the purpose and need for the December 20, 2024, hearing as well as well any further hearings in this matter; and

IT IS FURTHER ORDERED THAT all future hearing dates be vacated.

IT IS SO ORDERED.

Dated: December 16, 2024

_____
HON. ANDRE BIROTTE, JR.
UNITED STATES DISTRICT JUDGE