JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SONIA VARGAS LOAYZA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION and DOES 1 to 50, Inclusive,<br><br>　　　　Defendants. | CASE NO.: 2:23-cv-07709-AB-AS<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL** |

　　The Court **APPROVES** the parties' Stipulation for Dismissal and **DISMISSES** with action **WITH PREJUDICE**.

　　All hearings and dates are **VACATED**.

　　IT IS SO ORDERED.

Dated: December 18, 2024

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　HON. ANDRE BIROTTE JR.
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE